UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SHIV DAR CORPORATION,<br><br>    Defendant. | Case No. 14-cv-03563-JSC<br><br>**ORDER TO SHOW CAUSE TO DEFENDANT RE: STIPULATION FOR DISMISSAL**<br><br>Re: Dkt. No. 40 |

On January 22, 2016, the parties attended a settlement conference with Judge Westmore at which the case was settled according to the civil minute order. (Dkt. No. 38.) On March 17, 2016, Plaintiff filed a request for dismissal of claims which requests that the Court retain jurisdiction to enforce the parties' settlement agreement. (Dkt. No. 40.) The request indicates that Defendant has not responded to Plaintiff's request that it stipulate to dismissal. The Court cannot retain jurisdiction without Defendant's stipulation.

Accordingly, Defendant is ORDERED TO APPEAR AND SHOW CAUSE on March 24, 2016 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, CA, as why it should not stipulate to dismissal of this action including the Court's retention of jurisdiction over any disputes that may arise under the parties' settlement agreement. **Defendant's counsel shall appear in person**. Plaintiff's counsel may contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

The parties' appearance will be excused and this Order to Show Cause vacated, if the parties file a stipulated dismissal prior to March 24, 2016.

**IT IS SO ORDERED.**

Dated: March 21, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge